# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 26-1918

**Short Case Caption:** Hammerless Tools LLC v. Clausen

**Filing Party** Appellees Hammerless Tools and Eighteen Eight

**Instructions.** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. An amended docketing statement is required for each new appeal or cross-appeal consolidated after the first filing.

Issues to be raised on appeal:

Is the denial of a mid-case motion to vacate an appealable ruling. Did the District Court properly deny Appellant Jonathan Clausen's motion to vacate, where orders entered against Jonathan occurred after the separate bankruptcy matter was dismissed, after relief from the automatic stay was granted, and pursuant to the retroactive relief from stay. Did the District Court properly rely on judicial estoppel.

Relief awarded below (if damages, specify):   ☐ None/Not Applicable

There is no final judgment yet against appellant Jonathan Clausen; there is a preliminary injunction. The company defendants in the underlying matter (who are not appealing) have judgment entered against them in the amount of $824,964.30 plus interest, and a permanent injunction.

Briefly describe the judgment/order appealed from:

The District Court entered an order (ECF No. 127), denying Appellant Jonathan Clausen's motion to vacate (ECF No. 101) all claims, orders, and proceedings against him personally. The motion to vacate was denied on April 29, 2026, and the case is ongoing against Jonathan Clausen.

| Nature of Judgment (select one:) | Date of Judgment: April 29, 2026 |
|---|---|

☐ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☑ Interlocutory Order (specify type)   Denial of a mid-case motion to vacate.
☐ Other (explain) _____

Date: 6/23/2026

Signature: _____
Digitally signed by Caleb Hatch
Date: 2026.06.23 11:20:07 -07'00'

Name: Caleb Hatch