**IN THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Washington, D.C.

**HAMMERLESS TOOLS LLC, EIGHT EIGHTEEN LLC,**

*Plaintiffs-Appellees*

v.

**JONATHAN CLAUSEN,**

*Defendant-Appellant*

**CLAUSEN, INC., AR-TT LLC, LILAC CITY LLC,**

*Defendants*

Docket No. 2026-1918

**DEFENDANT-APPELLANT JONATHAN CLAUSEN'S CERTIFICATE OF INTEREST**

Pursuant to Federal Circuit Rule 47.4, Defendant-Appellant Jonathan Clausen, through his counsel, submits this certificate of interest.

(1) The undersigned counsel represents only one entity defined in Rule 47.4(a) – *i.e.,* Defendant-Appellant Jonathan Clausen.

(2) Defendant-Appellant Jonathan Clausen is the real party in interest.

(3) There are no parent corporations of Defendant-Appellant Jonathan Clausen and there no publicly held corporations that own ten percent or more of any stock in Defendant-Appellant Jonathan Clausen. Defendant-Appellant Jonathan Clausen is a natural person and is not a corporation or limited liability company.

1

(4) Robert T. Wright, WSBA #54075, and Douglas R. Dick, WSBA #46519, of WHC ATTORNEYS, PLLC, 12209 E. Mission Avenue, Suite 5, Spokane Valley, WA 99206, appeared along with the undersigned as counsel for Defendant-Appellant Jonathan Clausen in the lower tribunal neither attorney Wright nor attorney Dick have entered an appearance in this appeal. No other counsel apart from the undersigned are expected to appear for Defendant-Appellant Jonathan Clausen in this Court.

(5) The undersigned counsel is unaware of any related or prior cases, other than the originating case number, that meets the criteria in Federal Circuit Rule 47.5.

(6) As it is understood by the undersigned counsel, this subpart is inapplicable to this case, which is neither a criminal case nor a bankruptcy case.

I hereby certify that the foregoing information is accurate and complete to the best of my knowledge.

Dated: June 23, 2026

Respectfully submitted,

By: /s/ *Stephen L. Sulzer*
Stephen L. Sulzer (D.C. Bar No. 340943)
**STEPHEN L. SULZER PLLC**
11710 Plaza America Drive, Suite 2000
Reston, VA 20190
P: (703) 871-5000
F: (202) 558-5101
E: ssulzer@sulzerpllc.com

*Attorney for Defendant-Appellant*
*Jonathan Clausen*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 23, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System and served a true and correct copy of the foregoing by email to counsel for Plaintiffs-Appellees Hammerless Tools LLC and Eight Eighteen LLC as set forth below:

Caleb Hatch, WSBA #51292
Johanna R. Tomlinson, WSBA #57582
Lee & Hayes, P.C.
601 W. Riverside Ave., Suite 1400
Spokane, WA 99201
Email: caleb.hatch@leehayes.com
Email: johanna.tomlinson@leehayes.com

Signed at Reston, Virginia this 23rd day of June 2026.

/s/ *Stephen L. Sulzer*
Stephen L. Sulzer