# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### NOTICE OF RELATED CASE INFORMATION

**Case Number** 2026-1918

**Short Case Caption** Hammerless Tools LLC v. Clausen

**Filing Party/Entity** Defendant-Appellant Jonathan Clausen

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

In re Jonathan David Clausen and Jodi Lynn Clausen, Debtors, Case No. 24-01739-FPC13 (Bankr. E.D. Wash.).

☐ Additional pages attached

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

> Jonathan David Clausen, Debtor
> Jodi Lynn Clausen, Debtor
> Hammerless Tools, LLC, Creditor
> Diamond Asphalt Paving, Inc., Creditor
> WBL SPO I, LLC, Creditor
> World Business Lenders, LLC, Creditor
> Swift Financial LLC, Creditor
> Fidelity Bank, Creditor

☐ Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

> See attached Insert A.

☑ Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 06/23/2026

Signature: */s/ Stephen L. Sulzer*

Name: Stephen L. Sulzer

INSERT A

<u>Attorney for Debtors</u>

Rebecca J. Sheppard
Sheppard Law Office PC
16114 E. Indiana Avenue, Suite 205
Spokane, WA 99216
rjs@sheppardlaw.com

<u>Attorney for Hammerless Tools, LLC</u>

Caleb Hatch
Lee & Hayes
601 W Riverside Ave, Ste 1400
Spokane, WA  99216
caleb.hatch@leehayes.com

<u>Attorney for Creditors WBL SPO I, LLC and World Business Lenders, LLC</u>

Darren R. Krattli
Eisenhower Carlson PLLC
909 A Street
Suite 1200
Tacoma, WA 98402
dkrattli@eisenhowerlaw.com

Matthew C. Niemela
RAMSDEN, MARFICE, EALY & DE SMET, LLP
700 Northwest Boulevard
P.O. Box 1336 Coeur d'Alene, Idaho 83816-1336
mniemela@rmedlaw.com

<u>Attorney for Creditor Diamond Asphalt Paving, Inc.</u>

Darren Michael Digiacinto
Winston & Cashatt
601 Riverside Ave., Suite 1900

1

Spokane, WA  92201
dmd@winstoncashatt.com

Attorney for Swift Financial LLC

Jesus Miguel Palomares
Miller Nash LLP
605 5th Ave S
Suite 900
Seattle, WA  98104
Jesus.palomares@millernash.com

Attorney for Fidelity Bank

Nathan F. Smith
Malcolm & Cisneros, A Law Corporation
2112 Business Center Drive
Irvine, CA  92861
nathan@mclaw.org

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System and served a true and correct copy of the foregoing by email to counsel for Plaintiffs-Appellees Hammerless Tools LLC and Eight Eighteen LLC as set forth below:

Caleb Hatch, WSBA #51292
Johanna R. Tomlinson, WSBA #57582
Lee & Hayes, P.C.
601 W. Riverside Ave., Suite 1400
Spokane, WA 99201
Email: caleb.hatch@leehayes.com
Email: johanna.tomlinson@leehayes.com

Signed at Reston, Virginia this 23rd day of June 2026.

/s/ *Stephen L. Sulzer*
Stephen L. Sulzer